# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MORAJ ERANDA WEERASINGHE,

                Plaintiff,

V.

CITY OF EL CERRITO, a municipal corporation; SCOTT KIRKLAND, in his capacity as Chief of Police for CITY OF EL CERRITO; DONOVAN BROSAS, individually, and in his capacity as an El Cerrito police officer; and, DOES 1-25, inclusive,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05916 ADR MEJ

TO:

CITY OF EL CERRITO, a municipal corporation; SCOTT KIRKLAND, in his capacity as Chief of Police for CITY OF EL CERRITO; DONOVAN BROSAS, individually, and in his capacity as an El Cerrito police officer; and, DOES 1-25, inclusive,

                Defendants.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JOHN L. BURRIS, Esq./ SB # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200

GAYLA B. LIBET, Esq./ SB # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone: (510) 420-0324

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

NOV 21 2007

DATE

NDCAO440