UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORATERANDA WEERASINGHE,

    Plaintiff(s),

v.

CITY OF EL CERRITO, et al.,

    Defendant(s).

No. C C07-05916 MEJ

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12-3-07

Signature: Leyla B. Libet

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")