1  JOHN L. BURRIS, ESQ. SBN #69888
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA  94621
4  (510) 839-5200
5  (510) 839-3882 *fax*

6  GAYLA B. LIBET, ESQ. SBN #109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA  94609
8  (510) 420-0324
9  (510) 420-0324 fax

10 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAJ WEERASINGHE,<br><br>    Plaintiffs,<br>  v.<br><br>CITY OF EL CERRITO, et al.<br><br>    Defendants. | Case No.: C07-05916<br><br>SUMMONS RETURNED EXECUTED<br>SERVED: CITY OF EL CERRITO<br><br>PROOF OF SERVICE |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹

DATE: December 4, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: City of El Cerrito, 10940 San Pablo, El Cerrito, CA 94530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40 | $40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 4, 2007

Signature of Server

842 46th Street, Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.