1  JOHN L. BURRIS, ESQ. SBN #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA  94621
4  (510) 839-5200
   (510) 839-3882 *fax*
5

6  GAYLA B. LIBET, ESQ. SBN #109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA  94609
8  (510) 420-0324
9  (510) 420-0324 fax

10 Attorneys for Plaintiffs

11

12                  **UNITED STATES DISTRICT COURT**

13

14                **NORTHERN DISTRICT OF CALIFORNIA**

15 MORAJ WEERASINGHE,                )      Case No.: C07-05916
                                     )
16          Plaintiffs,              )
                                     )      SUMMONS RETURNED EXECUTED
17       v.                          )      SERVED: SCOTT KIRKLAND, CHIEF
                                     )      OF POLICE FOR THE CITY OF
18 CITY OF EL CERRITO, et al.        )      EL CERRITO
                                     )
19          Defendants.              )      PROOF OF SERVICE
                                     )
20 _____  )

21

22

23

24

25

26

27

28

*Morja E. Weerasinghe v. City of El Cerrito C07-05916*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | *December 10, 2007* |
| Name of SERVER *Ted Thrower* | TITLE | *Process Server* |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Diane Nakano*
*El Cerrito Police Department*
*10900 San Pablo Ave.*

☐ Returned unexecuted: _____

*El Cerrito, CA 94530*

☐ Other (specify): _____

*Served: Scott Kirkland Chief of Police*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ *40* | TOTAL $ *40* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *December 10, 2007*    _____
Date                                Signature of Server

*842 46th St. Oakland, CA 94608*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.