**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Weerasinghe,<br><br>                 Plaintiff(s),<br><br>   v.<br><br>City of El Cerrito,<br><br>                 Defendant(s). | 07-05916 MEJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-05916 MEJ                                          -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: February 14, 2008
9                                RICHARD W. WIEKING
                              Clerk
10                               by:    Timothy J. Smagacz
11
12                               ADR Administrative Assistant
                              415-522-4205
13                               Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05916 MEJ                                    -2-

PROOF OF SERVICE

Case Name:	Weerasinghe v. City of El Cerrito

Case Number:	07-05916 MEJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 14, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Gayla B. Libet
> Law Offices of Gayla B. Libet
> 486 41st Street, #3
> Oakland, CA 94609
> glibet@sbcglobal.net
>
> John L. Burris
> Law Offices of John L. Burris
> 7677 Oakport Street
> Suite 1120
> Airport Corporate Centre
> Oakland, CA 94621
> john.burris@johnburrislaw.com
>
> James V. Fitzgerald III
> McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
> 1211 Newell Avenue
> Post Office Box 5288
> Walnut Creek, CA 94596
> james.fitzgerald@mcnamaralaw.com

Noah G. Blechman
McNamara Dodge Ney Beatty Slattery & Pfalzer LLP
1211 Newell Avenue
P.O. Box 5288
Walnut Creek, CA 94596
noah.blechman@mcnamaralaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 14, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov