UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORAJ ERANDA WEERASINGHE,   )
)        CASE NO. CV C-07-05916-MEJ
)
)        CERTIFICATION OF DISCUSSION
)        OF ADR OPTIONS
              Plaintiff,   )
    v.                     )
CITY OF EL CERRITO, et al.,)
)
)
)
_____    )
              Defendant.   )

*Instructions:* Pursuant to General Order 35, within 110 days after the filing of the Complaint or Notice of Removal, counsel and client shall sign this Certification, file it with the court and serve it on all other parties.

*ADR options are explained in the brochure entitled "Dispute Resolution Procedures in the Northern District of California." The court encourages attorneys and clients to call its ADR Program Director or Deputy Director at (415) 556-3167 to discuss the various options and their suitability for particular types of cases.*

We hereby certify that we have (1) read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," (2) discussed the available court and private dispute resolution options and (3) considered whether this case might benefit from any of them.

Client: _/s/ Moraj Eranda Weerasinghe_    Date: 2-20-08
MORAJ ERANDA WEERASINGHE

Attorney: _/s/ Gayla B. Libet_    Date: 2-20-08
GAYLA B. LIBET, Esq.

Party: _____
       Plaintiff/Defendant
       Plaintiff

CERTIFICATION OF DISCUSSION OF ADR OPTIONS    FORMS/CERT.ADR
NDC-35