# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Weerasinghe,<br><br>                Plaintiff(s),<br><br>   v.<br><br>City of El Cerrito,<br><br>                Defendant(s). | 07-05916 MEJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

    **Jo Hoenninger**
Hoenninger Law
2358 Market St.
San Francisco, CA 94114
415-816-0440
jo@hlawsf.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.
3
4   Dated: March 11, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

        ADR Case Administrator
        415-522-3148
        Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05916 MEJ MED            - 2 -