2358 Market Street
Third Floor
San Francisco, CA  94114

**HoenningerLaw**

Ph.  415.816.0440
Fax 866.671.0096
Jo@hlawSF.com

Litigation • Advocacy • Negotiation

March 20, 2008

Gayla B. Libet
Law Offices of Gayla B. Libet
486 41st Street, #3
Oakland, CA 94609
Via email:  glibet@sbcglobal.net

John L. Burris
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street
Suite 1120
Oakland, CA 94621
Via email:  john.burris@johnburrislaw.com

James V. Fitzgerald, III
McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Via email:  james.fitzgerald@mcnamaralaw.com

Noah . Blechman
McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Via email:  noah.blechman@mcnamaralaw.com

      Re: Weerasinghe v. City of El Cerrito
        <u>C 07-05916 MEJ MED</u>

Dear Counsel:

  As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  Please be sure to review carefully ADR L.R. 6 which governs the Mediation program.  I have attached a resume describing my professional experience.  I would like to add that I have had significant experience as pro bono counsel in cases involving civil rights issues.

  Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

HoenningerLaw

Case No. C 06-07030 SBA MED
Page 2 of 2

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. **I have set the telephone conference for March 27 at 4:00 p.m.** The call in number is 973-528-0000; the participant code is 765470.

*Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.* Before the telephone conference, please ascertain from your clients a selection of dates upon which the mediation may be conducted. My understanding from the current scheduling order is that the final date that the mediation can be held is *May 27, 2008*.

I have reviewed the electronically filed documents in this case and based on that review, I am not aware of any conflicts of interest or potential conflicts of interest that might interfere with my ability to serve as an unbiased mediator in this case. Should you believe that there is a conflict or should you have an objection to me serving as the mediator in this case, you are required to communicate your objection in writing to the ADR Unit within ten calendar days of your receipt of this letter. (See ADR L.R. 2-5(d)).

I look forward to assisting you on this case.

Sincerely yours,

Jo Hoennninger

cc:   Clerk's Office-ADR Unit, via email.