2358 Market Street
Third Floor
San Francisco, CA 94114

Ph. 415.816.0440
Fax 866.671.0096
Jo@hlawSF.com

**HoenningerLaw**

Litigation • Advocacy • Negotiation

April 28, 2008

Gayla B. Libet
Law Offices of Gayla B. Libet
486 41st Street, #3
Oakland, CA 94609
Via email: glibet@sbcglobal.net

John L. Burris
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street
Suite 1120
Oakland, CA 94621
Via email: john.burris@johnburrislaw.com

James V. Fitzgerald, III
McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Via email: james.fitzgerald@mcnamaralaw.com

Noah . Blechman
McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Via email: noah.blechman@mcnamaralaw.com

      Re: Weerasinghe v. City of El Cerrito
        <u>C 07-05916 MEJ MED</u>

Dear Counsel:

  This will confirm that we have scheduled the mediation in this case for June 26, 2008. We will meet in Courtroom 19 of the Federal District Court, 450 Golden Gate Avenue, San Francisco, California beginning at 10:00 a.m. Please keep the whole day available to allow the mediation to continue as long as it is being productive.

  Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by **June 19, 2008**. Please include any key documents you feel I should read, such as the Complaint in the underlying case. If you think it would be

HoenningerLaw

Case No. C 07-05916 MEJ MED
Page 2 of 2

helpful to our mediation, I also invite you to submit to me - but not exchange - confidential statements relating, for example, to obstacles to or options for settlement.

    Also, please remember to arrange for your clients' attendance.  Please let me know as soon as possible, the names of the representative(s) who will appear to represent your respective clients.

    Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

    As we discussed, under ADR L.R. 6-3(b), I will donate my preparation time and the first four hours of the mediation.  If the case has not resolved and you all agree to continue, I will charge the court-set rate of $200 per hour for the next four hours.  If the mediation goes beyond eight hours, I will waive my normal fee and continue at $200 per hour until we conclude the mediation.

    I look forward to working with you and your clients.

                              Sincerely yours,

                              Jo Hoennninger

cc:    Clerk's Office-ADR Unit, via email.