```
                                                        FILED
                                                        JUN 26 2008

                                                        RICHARD W. WIEKING
                                                        CLERK, U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Weerasinghe, | No. C 07-05916 MEJ MED |
|     Plaintiff(s), | **Certification of ADR Session** |
|     v. | |
| City of El Cerrito, | |
|     Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _June 26, 2008_

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   
   ☒ another session scheduled for (date) _by telephone TBD within 2 weeks_
   
   ☐ phone discussions expected by (date) _____
   
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**     ☐ YES     ☒ NO

Dated: _June 26, 2008_                    ___/s/ Jo Hoenninger___
                                          Mediator, Jo Hoenninger
                                          Hoenninger Law
                                          2358 Market St.
                                          San Francisco, CA 94114

**Certification of ADR Session**
07-05916 MEJ MED