```
JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiff

JAMES V. FITZGERALD, III, Esq. State Bar # 55632
NOAH G. BLECHMAN, Esq. / State Bar # 197167
McNAMARA, DODGE, NEY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
P.O. Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:   (925) 939-0203/ (925) 930-5678

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAJ ERANDA WEERASINGHE,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF EL CERRITO, a municipal corporation; SCOTT KIRKLAND, in his capacity as Chief of Police for CITY OF EL CERRITO;<br>DONOVAN BROSAS, individually, and in his capacity as an El Cerrito police officer; and, DOES 1-25, inclusive,<br><br>  Defendants.         / | Action No. C-07-05916-MEJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

**STIPULATION**

STIPULATION AND ORDER FOR DISMISSAL OF ACTION

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

1. That plaintiff dismiss this action with prejudice.

LAW OFFICES OF GAYLA B. LIBET

Dated: November 18, 2008     By: /s/ Gayla B. Libet
                                 GAYLA B. LIBET, Esq.
                                 Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: November 18, 2008     By: /s/ John L. Burris
                                 JOHN L. BURRIS, Esq.
                                 Attorneys for Plaintiff

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

Dated: November 18, 2008     By: /s/ Noah G. Blechman
                                 NOAH G. BLECHMAN, Esq.
                                 Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Clerk of Court shall close the file.

Dated: November 19, 2008

HONORABLE MARIA-ELENA JAMES
United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL OF ACTION